WO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian K. Stallings, | No.   CV 13-267-PHX-RCB (MEA) |
| Plaintiff, | |
| vs. | **ORDER FOR PAYMENT** |
| Michael K. Jeanes, et al., | **OF INMATE FILING FEE** |
| Defendants. | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Brian K. Stallings, inmate #100785, who is confined in the Arizona State Prison Complex-Lewis, must pay the statutory filing fee of $350.00.  Plaintiff must first pay an initial partial filing fee of $2.52.  Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

The Director of the Arizona Department of Corrections or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)     The Director of the Arizona Department of Corrections or his/her designee must forward to the Clerk of Court the initial partial filing fee of $2.52.  The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account.  Payments

must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2)     The Director of the Arizona Department of Corrections or his/her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Arizona State Prison Complex-Lewis, so new billing arrangements may be made to collect any outstanding balance.

(3)     The Clerk of Court must serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(4)     The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 20th day of August, 2013.

_____
Robert C. Broomfield
Senior United States District Judge